**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

WALTER ALBERTO MUNOZ-SANCHEZ,

     Petitioner,

v.                                                                          Case No. 2:26-cv-2054-MSN-atc

MELLISSA B. HARPER,

     Respondent.

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION,
ORDERING PETITIONER TO ELECTRONICALLY SERVE PETITION,
AND ORDERING RESPONDENT TO SHOW CAUSE**

Petitioner Walter Alberto Munoz-Sanchez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The proper respondent in this case is Scott Ladwig, the New Orleans Field Office Acting Director for ICE Enforcement and Removal Operations.  The Clerk is **DIRECTED** to add Scott Ladwig as the Respondent and to terminate Mellissa B. Harper as Respondent.

The Clerk is **ORDERED** to serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig[1] by certified mail.

Petitioner is **ORDERED** to electronically serve a copy of the Petition and this Order on (1) the United States Attorney for the Western District of Tennessee at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office at stuart.canale@usdoj.gov. Respondent is **ORDERED** to show cause in writing within **fourteen (14) days** of such electronic service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. The electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service. If Petitioner asserts that there are issues of fact that need to be resolved at a hearing, Petitioner shall include those issues in the reply.

If the Court finds that a hearing is necessary, a date will be set by separate order. *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 21st day of January, 2026.

*s/ Mark S. Norris*
_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] The address for Enforcement & Removal Operations, New Orleans Field Office is 181 James Drive W, St. Rose, LA 70087. *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Dec. 22, 2025).