**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

WALTER ALBERTO MUNOZ-SANCHEZ,

     Petitioner,

v.                                       Case No. 2:26-cv-2054-MSN-atc

SCOTT LADWIG,

     Respondent.

**ORDER GRANTING MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS
CORPUS AND TERMINATE CASE WITHOUT PREJUDICE**

Petitioner Walter Alberto Munoz-Sanchez, an alien who was detained in the West Tennessee Detention Facility in Mason, Tennessee, moves to withdraw his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1). (ECF No. 11, "Motion to Withdraw.") According to the Motion to Withdraw, Immigration Judge Ryan Thompson entered a final order of removal in Petitioner's immigration case, and Petitioner does not wish to appeal to the Board of Immigration Appeals. The Court finds the Motion to Withdraw well taken, and it is **GRANTED**. This matter is **DISMISSED** without prejudice. Judgment will be entered accordingly.

     **IT IS SO ORDERED**, this 8th day of April, 2026.

                                     *s/ Mark S. Norris*
                                     MARK S. NORRIS
                                     UNITED STATES DISTRICT JUDGE